UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPENCER GILMORE,

    Plaintiff,

                                  CASE NO.

v.

AETNA LIFE INSURANCE COMPANY

    Defendant
_____/

## COMPLAINT

COMES NOW the Plaintiff, Spencer Gilmore, by and through his undersigned attorney and sues the Defendants, AETNA LIFE INSURANCE COMPANY, and says:

## COUNT I

1. This is an action for damages under the Employee Retirement Income Security Income Act (ERISA) 29 U.S.C. '1001 et seq.

2. This Court has jurisdiction pursuant to ERISA '502, 29 U.S.C. '1132.

3. Plaintiff is a resident of the Tampa, Hillsborough County, Florida, and was a participant in each of the plans, funds, program, or arrangements described herein.

4. Plaintiff is a former employee of The Depository Trust and Cleaning Corporation.

5. With respect to all claims made herein, Plaintiff has exhausted his administrative remedies.

6. The Depository Trust and Cleaning Corporation is and/or was a plan sponsor of a welfare benefit plan which made available long term disability insurance through AETNA LIFE INSURANCE COMPANY and is subject to the provisions of ERISA.

7. The Depository Trust and Cleaning Corporation, is engaged in business in Hillsborough County, Florida.

8. Defendant, AETNA INSURANCE COMPANY is a foreign corporation engaged in business in Hillsborough County, Florida and is:

(a) the plan administrator of the plan, or

(b) the deemed plan administrator by virtue of its assumption and exercise of their responsibilities and duties of the plan administrator, or

(c) the deemed plan administrator by virtue of its possession and exercise of control over the named plan administrator, or

(d) although purporting to act as a professional rendering professional advice to the Plan:

(i) has such a degree of influence or control over fiduciary decisions that it knew, or should have known, that its advice will be followed, or

(ii) has a relationship with the plan administrator which gives them effective control over plan matters, or

           (iii)    has such a degree of influence over the plan fiduciaries that the plan fiduciaries have relinquished their independent discretion.

9.      The Plaintiff is entitled to long term disability benefits under the terms of the plan based on his disability which commenced on December 5, 2016, and which the Defendant paid said benefits through December 5, 2018, but denied said benefits thereafter, at the final stage of the administrative review process on October 6, 2017.  The Plaintiff has continued to be disabled owed benefits between From October 7, 2017 through December 5, 2018.

10.     Plaintiff is entitled to the benefits identified herein because:

    (a)    The benefit is a permitted benefit under the plan.

    (b)    Plaintiff has satisfied all conditions to be eligible to receive the benefits.

    (c)    Plaintiff has not waived or otherwise relinquished his entitlement to the benefit.

11.     Defendants, AETNA LIFE INSURANCE COMPANY, refused to pay the benefits sought by the Plaintiff.

12.     Pursuant to ERISA '502(g), 29 U.S.C. '1132(g), the Plaintiff is entitled to an award of reasonable attorney fees and costs incurred in an action brought under ERISA.  Plaintiff has been required to obtain the undersigned attorney to represent him in this matter and has agreed to a reasonable attorney fee as compensation to him for his services.

WHEREFORE, Plaintiff, Spencer Gilmore, asks this Court to enter judgment against Defendants, AETNA LIFE INSURANCE COMPANY, finding he is entitled to receive long term disability benefits from the plan plus attorney fees, costs, and other such relief as the Court deems proper.

                                            Respectfully submitted,

                                            s/Martin J. Cohen
                                            Martin J. Cohen
                                            4925 Independence Parkway, Suite 195
                                            Tampa, Florida 33634
                                            (813) 221-1300
                                            Florida Bar No.:0590185
                                            martincohenlawyer@gmail.com